IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD BERNARD HARRIS,

    Plaintiff,

v.                                        Case No.  5:14cv287-MW/EMT

JENKINS, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 17.   Upon consideration, no objections having been filed by Plaintiff,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of this Court." The Clerk shall close the file.

    **SO ORDERED on June 5, 2015.**

                                                     **s/Mark E. Walker                   
                                                     United States District Judge**